# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEVEN DAMRON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CASE NO.:  8:16-cv-01762-EAK-TBM

HSI FINANCIAL SERVICES, LLC, and SOUTH GEORGIA MEDICAL CENTER,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

PLAINTIFF, STEVEN DAMRON, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, STEVEN DAMRON, and Defendants, HSI FINANCIAL SERVICES, LLC, and SOUTH GEORGIA MEDICAL CENTER, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

    */s/Amanda J. Allen, Esq.*
    **Amanda J. Allen, Esq**.
    Florida Bar No.:  98228
    Amanda@TheConsumerProtectionFirm.com
    THE CONSUMER PROTECTION FIRM, PLLC
    210-A South MacDill Avenue
    Tampa, FL 33609
    Telephone: (813) 500-1500
    Facsimile: (813) 435-2369
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 7, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

        */s/Amanda J. Allen, Esq.*
        Amanda J. Allen, Esq.
        Florida Bar No.:  98228
        Amanda@TheConsumerProtectionFirm.com
        William Peerce Howard, Esq.
        Florida Bar No.:  0103330
        Billy@TheConsumerProtectionFirm.com
        THE CONSUMER PROTECTION FIRM, PLLC
        210-A South MacDill Avenue
        Tampa, FL 33609
        Telephone: (813) 500-1500
        Facsimile: (813) 435-2369
        *Attorney for Plaintiff*